**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DANIL V. SUDAKOV**                                                                                      **PLAINTIFF**

**VS.**                                         **4:21-CV-00169-BRW**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security**                                        **DEFENDANT**

## JUDGMENT

Based on the Order entered today, September 3, 2021, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of September, 2021.


BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE